JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO ROSA,<br><br>                Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Case No. EDCV 16-2358-JGB (KK)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

Dated: January 20, 2017

                                          HONORABLE JESUS G. BERNAL
                                          United States District Judge

Presented by:

KENLY KIYA KATO
United States Magistrate Judge